**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-1781**

———————

JOHN PAUL "POPS" TURNER,

            Plaintiff - Appellant,

      v.

CITY OF STAUNTON,

            Defendant - Appellee.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Samuel G. Wilson, District
Judge.  (7:08-cv-00413-sgw)

———————

Submitted:  August 18, 2008      Decided:  September 9, 2008

———————

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

John Paul Turner, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Paul Turner appeals the district court's order granting his request to proceed in forma pauperis but dismissing the case as patently frivolous under 28 U.S.C. § 1915(e)(2)(B)(ii) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Turner v. City of Staunton, No. 7:08-cv-00413-sgw (W.D. Va. July 9, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2